UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00003-H-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| JAMES CORBETT | |

On motion of the Defendant, James Corbett, and for good cause shown, it is hereby ORDERED that the **[DE 21]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 30th day of June 2015.

MALCOLM J. HOWARD
Senior United States District Judge